IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 26  A 10: 51

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| ELAINE A. MINTON | * | |
| Plaintiff | * | |
| v. | * | Civil No. S 02-2460 |
| FEDERATED DEPARTMENT STORES, INC., *et al.* | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS THIS 26 day of August, 2002, hereby ordered by the United States District Court for the District of Maryland, that the Joint Motion to Amend Scheduling Order is hereby GRANTED as follows:

1. Plaintiff's expert disclosures be made by September 30, 2002.

2. Plaintiff's experts are to be deposed by October 30, 2002.

3. ~~Plaintiffs~~ *Defendant's* to make expert disclosures by November 30, 2002. [major]

4. Defendant's experts are to be deposed by December 30, 2002.

5. All discovery to be completed by December 30, 2002.

6. All third party claims be made by October 13, 2002.

7. Status reports due to the Court by December 30, 2002.

8. All motions to be filed by January 30, 2003.

9. Pretrial Conference to be ~~held on or about March 28, 2003 at 9:15 a.m.~~ scheduled after ruling on motions, if need be.

The Honorable Frederic N. Smalkin
Chief U.S. District Judge