FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT 2002 DEC 30  A 10: 55
FOR THE NORTHERN DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| ELAINE A. MINTON, | : |
| Plaintiff, | : |
| v. | : Case No.:   S 02-2460 |
| FEDERATED DEPARTMENT STORES, INC., | : |
| and | : |
| MACY*S EAST, INC., | : |
| Defendants. | : |

## ORDER

Upon consideration of the parties' Consent Motion to Enlarge Discovery, it is this 30² day of December, 2002, by the U.S. District Court for the Northern District of Maryland, hereby

ORDERED, that this Motion is hereby GRANTED; and it is further

ORDERED, that the Discovery Deadline shall be modified as follows:

**Amended Deadline**

Discovery Closed                                01/30/03

_____
The Honorable Frederic N. Smalkin

Copies to:

Bernard Cook, Esq.
120 E. Baltimore Street
Suite 1810
Baltimore, MD 21202