**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**
**(410) 962-3844 FAX**

April 10, 2003

Bernard Cook, Esquire
Cook & DiFranco LLC
120 E. Baltimore Street
Suite 1810
Baltimore, Maryland 21202

D. Stephenson Schwinn, Esquire
Marcela McDonough, Esquire
Jordan, Coyne & Savits LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

      Subject: Elaine A. Minton v. Federated Department Stores, Inc.
             d/b/a Macy's, et al.
             <u>Civil No. WDQ-02-2460</u>

Dear Counsel:

      This is to advise you that, due to a scheduling conflict, I am rescheduling the settlement conference in the above referenced case from 10:00 a.m. to 9:00 a.m. on Thursday, April 24, 2003.  Please advise my chambers immediately if you will not be available at that time.

      Thank you for your cooperation in this matter.  If you have any questions, please contact my chambers.

                              Very truly yours,

                              /s/
                              Beth P. Gesner
                              United States Magistrate Judge